USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2023

**Sills Cummis & Gross**
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**MEMORANDUM ENDORSED**

Michael J. Geraghty
Direct Dial: 973-643-5548
Email: mgeraghty@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

September 25, 2023

<u>Via ECF</u>
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

      RE:    *Shaoxing Chenyee Textile Co. Ltd. v. Louise Paris Ltd.*
            Case No. 23-cv-06755-GHW

Dear Judge Woods:

    As lead counsel of record for plaintiff Shaoxing Chenyee Textile Co. Ltd., I write to request that the Court adjourn the initial conference in this matter scheduled on October 3, 2023 for the reasons set forth below. This is the first request for an adjournment of the conference. Counsel for the defendant has graciously consented to my request.

    As a result of the death of a member my family in the United Kingdom, I have had to schedule travel to the U.K. later this week to attend services next week. I will not be returning stateside until the end of next week.

    Counsel for the defendant and I have conferred and we are available for the conference on the following dates: October 12, 2023 (after 1:00 p.m.); October 17, 2023 and October 24, 2023. Of course, in the event any of these dates are inconvenient to the Court's schedule, we defer to the Court. The requested adjournment or extension will not affect any other scheduled dates in this action.

    I thank the Court for consideration of my request.

Respectfully,

*Michael J. Geraghty*
MICHAEL J. GERAGHTY

MJG/adp
cc: All counsel of record (via ECF)

---

The parties' September 25, 2023 request to adjourn the initial pretrial conference, Dkt. No. 17, is granted. The initial pretrial conference scheduled for October 3, 2023 is adjourned to October 12, 2023 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's August 4, 2023 order are due no later than October 5, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

SO ORDERED.

Dated: September 26, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge