```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                               :
SHAOXING CHENYEE TEXTILE CO. LTD.,  :
                                                             :
                                      Plaintiff,     :         1:23-cv-6755-GHW
                                                             :
                           - v -                         :              <u>ORDER</u>
                                                             :
LOUISE PARIS LTD.,                           :
                                                              :
                                      Defendant.       :
                                                              :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       The Court understands that the parties are scheduled to meet and confer on October 10, 2023.  *See* Dkt. No. 19.  Following their meeting, to assist the Court in preparing for the initial pretrial conference, the parties are directed to submit a joint status letter that complies with the requirements set forth in the Court's August 4, 2023 order, Dkt. No. 7.  This letter is due no later than October 11, 2023 at 5:00 p.m.

       SO ORDERED.

Dated:  October 7, 2023

                                                                                                    _____
                                                                                                      GREGORY H. WOODS
                                                                                 United States District Judge