```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/8/2023 __
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SHAOXING CHENYEE TEXTILE CO. LTD.,

                              **Plaintiff,**

            **-against-**

LOUISE PARIS LTD.,

                            **Defendant.**

-------------------------------------------------------------------X

**23-CV-06755 (GHW)**

**ORDER RESCHEDULING**
**SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The settlement conference in this matter scheduled for Wednesday, December 13, at 9:30 a.m. is hereby adjourned to **Wednesday, January 17, 2024, at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Wednesday, January 10, 2024.** The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 32 and 33.

        **SO ORDERED.**

DATED:     New York, New York
            December 8, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge