```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                    :

SHAOXING CHENYEE TEXTILE CO. LTD.,   :

                         Plaintiff,   :      1:23-cv-6755-GHW

                     - v -   :      <u>ORDER</u>

LOUISE PARIS LTD.,   :

                        Defendant.   :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on April 5, 2024, the deadline for Plaintiff to file and serve its motion for partial summary judgment is April 29, 2024. Defendant's opposition is due within twenty-one days after service of Plaintiff's motion; Plaintiff's reply, if any, is due within fourteen days after service of Defendant's opposition.

SO ORDERED.

Dated: April 5, 2024
       New York, New York

                                                                  _____
                                                                    GREGORY H. WOODS
                                                                 United States District Judge