**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE 8™ FL.
NEW YORK, N.Y. 10016

TEL: 212-889-7400
FAX: 212-684-0314

May 20, 2024

*Via CM ECF To:*

Honorable Gregory H. Woods,
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007-1312

      *Re:* **Shaoxing Chenyee Textile Co., Ltd. vs. Louise Paris Ltd.**
         **Case No.: 1:23-cv-06755-GHW**

Honorable Sir,

  We are the attorneys for the Defendant, Louise Paris Ltd. ("Defendant"), in connection with the above referenced matter (the "Action").

  The Court's docket in this Action will reflect that Defendant's opposition to the Motion for Partial Summary Judgment ("Motion")[1] filed by the Plaintiff, Shaoxing Chenyee Textile Co. ("Plaintiff") is due today. *See* Doc #40.

  Defendant has instructed me to file no opposition with respect to the Motion, without prejudice to Defendant's rights and remedies, if any, related to so much of the Complaint not subject of Plaintiff's Motion.

  We thank the Your Honor for your attention to this matter.

                Respectfully submitted,

                */s/ Harlan M. Lazarus*

                Harlan M. Lazarus, Esq.

HML:ct
CC: Sills Cummis & Gross, P.C.

---

[1] *See* Doc # 42-47.