```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
SHAOXING CHENYEE TEXTILE CO. LTD.,                                :
                                                                  :
                                    Plaintiff,                    :    1:23-cv-6755-GHW
                                                                  :
                     - v -                                        :    ORDER
                                                                  :
LOUISE PARIS LTD.,                                                :
                                                                  :
                                    Defendant.                    :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 7, 2025, Plaintiff Shaoxing Chenyee Textile Co. Ltd. filed a motion to compel Defendant Louise Paris Ltd. to serve responsive answers to Plaintiff's Post-Judgment Information Subpoena. Dkt. No. 55; see also Dkt. No. 56 (Declaration in support of motion); Dkt. No. 57 (Memorandum of Law in support of motion). Later that day, the Court set a briefing schedule for Plaintiff's motion to compel. Defendant's opposition to Plaintiff's motion was due by January 14, 2025, and Plaintiff's reply, if any, was due no later than three days following the service of Defendant's opposition. Dkt. No. 59.

On January 13, 2025, Harlan M. Lazarus, the counsel of record for Defendant, requested an extension of time to file an opposition to Plaintiff's motion to compel "so as to accommodate [his] filing of a motion to withdraw[] as counsel" for Defendant." Dkt. No. 61. He filed a motion to withdraw as counsel later that day. Dkt. No. 62.

Mr. Lazarus's request is granted. The Court will hold a conference regarding Mr. Lazarus's motion to withdraw on January 22, 2025 at 3:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which

are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. In addition to the parties' counsel, a representative of Defendant Louise Paris Ltd. is ordered to personally attend the conference.

In light of Mr. Lazarus's motion to withdraw, the briefing schedule regarding Plaintiff's motion to compel is modified as follows. The deadline for Defendant to file an opposition to Plaintiff's motion to compel is extended to January 29, 2025. Plaintiff's reply, if any, is due no later than three days following the date of service of Defendant's opposition. The conference regarding Plaintiff's motion to compel is adjourned from January 22, 2025 to February 10, 2025 at 3:00 p.m. That conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 13, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge