```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                 :
SHAOXING CHENYEE TEXTILE CO. LTD.,   :
                                                 :
                               Plaintiff,       :        1:23-cv-6755-GHW
                                                 :
                               - v -                 :            <u>ORDER</u>
                                                 :
LOUISE PARIS LTD.,                          :
                                                 :
                                  Defendant.    :
                                                 :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On January 7, 2025, Plaintiff filed a motion to compel Defendant to serve responsive answers to Plaintiff's Post-Judgment Information Subpoena (the "Motion"). Dkt. No. 55. On January 30, 2025, Plaintiff filed a letter requesting that the Motion be withdrawn "without prejudice because Defendant has provided [Plaintiff] with a written response to Plaintiff's Post-Judgment Information Subpoena." Dkt. No. 68. Plaintiff's request is granted. Plaintiff's Motion is withdrawn without prejudice. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 55.

        SO ORDERED.

Dated: January 30, 2025
          New York, New York
                                                               _____
                                                                       GREGORY H. WOODS
                                                                   United States District Judge